NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HORACE MACKEROY, DOC #H07546,   )
  )
      Appellant,   )
  )
v.   )     Case No. 2D17-4411
  )
STATE OF FLORIDA,   )
  )
      Appellee.   )
_____)

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.


PER CURIAM.


      Affirmed.


VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.